**FILED**

01/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0720

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No._____

D. MICHAEL EAKIN
Eakin & Berry, P.L.L.C.
P.O. Box 2218
Billings, Montana, 59103
(fax) 406-969-6007
406-969-6001
eakin.406law@gmail.com

Attorney for Defendant

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT

YELLOWSTONE COUNTY

| | |
|---|---|
| GUARDIAN TAX MT, LLC.<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>vs. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>JEANNETTE TASEY, and all other persons )<br>Unknown, claiming or who might claim any )<br>Right, title estate or interest in or lien or )<br>Encumbrance upon the real property described )<br>In the complaint adverse to Plaintiff's )<br>Ownership or any cloud upon Plaintiff's title )<br>Whether the claim or possible claim is present )<br>Contingent, 　　　　　　　　　　　 )<br>　　　　　　　Defendants. 　　　　　 )<br>　　　　　　　　　　　　　 ) | ORDER EXTENDING<br>TIME TO FILE<br>OPENING BRIEF |

Upon the unopposed motion of the appellant and good cause appearing,

IT IS ORDERED that Appellant may have two weeks after the mediator files his report to file her opening brief. The time to file shall not extend past February 27, 2023.

Dated this _____ day of January, 2023.

_____
CHIEF JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 30 2023